**Donna M. JONATHAN, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2008–7146.**

United States Court of Appeals, Federal Circuit.

Oct. 8, 2008.

ON MOTION

*ORDER*

Upon consideration of Donna M. Jonathan's motion to voluntarily dismiss her appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.